UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO: WA:25-CR-00143(1)-ADA |
| (1) RUBEN RAMOS-ACOSTA | § § | |

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 3, 2025, wherein the defendant (1) RUBEN RAMOS-ACOSTA waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) RUBEN RAMOS-ACOSTA to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) RUBEN RAMOS-ACOSTA's plea of guilty to Count One (1) is accepted.

Signed this 17th day of June, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE